GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

CR21-02451 TUC-JGZ(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| --- | --- |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Making False Statements in Connection with Acquisition of Firearm) |
| Gina Analy Santana, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about May 19, 2021, in the District of Arizona, Defendant GINA ANALY SANTANA, in connection with the acquisition of a firearm, to wit: a Stoeger STR-9 9mm pistol, from Sportsman's Warehouse, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse, which statement was intended and likely to deceive Sportsman's Warehouse as to a fact material to the lawfulness of such sale, in that Defendant GINA ANALY SANTANA stated that she was the actual transferee/buyer of the firearm when in fact she was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: September 22, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney